389 A.2d 178

Commonwealth v. Prillerman, Appellant.

 Submitted September 12, 1977. Ronald F. Kidd, and Duane, Morris & Heckscher, for appellant; Stephen S. Seeling, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.